**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VALENTIN REID, *in behalf of himself and all*
*others similarly situated*,

                       Plaintiff,

       -against-

AQUASANA GLOBAL, INC.,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 13 2019

ORDER

19 Civ. 9435 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
      November 13, 2019

SO ORDERED.

*George B. Donuel*

GEORGE B. DANIELS
United States District Judge